JAMES E. SHIELDS, Respondent, *v.* TILLIE CRAGER et al., Appellants.

(Argued October 9, 1930; decided October 24, 1930.)

*Frederick Mellor* for appellants.

*Leonard F. Fish* and *George A. Grabow* for respondent.

Judgment affirmed, with costs, under section 106 of the Civil Practice Act; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.